

**LEWIS & DICKSTEIN, P.L.L.C.**
*attorneys and counselors at law*

Loren M. Dickstein     Randall M. Lewis
George MacAvoy Brown     Parisa Sadrnia
Jessica Hollan     Nicolas Monarrez
Spencer Bondy (Of Counsel)

3000 Town Center, Ste. 1330 – Southfield, Michigan 48075-1188     Office: (248) 263-6800 - Fax: (248) 357-1371

# EXHIBIT D



Parisa Sadrnia <psadrniajd@gmail.com>

## Joel Adelsberg

**Parisa Sadrnia** <psadrnia@notafraidtowin.com>  Thu, Sep 12, 2024 at 2:18 PM
To: Tacarra Lanzon <Tacarra_Lanzon@miept.uscourts.gov>
Cc: Parisa Sadrnia <psadrnia@notafraidtowin.com>

Good afternoon, Agent Lanzon -

Thank you for your email.

Mr. Adelsberg's pretrial release conditions do not state that he is required to specifically sign the PD 6D release form. Would you agree to allow us to prepare a custom release that allows you to access the information you seek in your email, such as speaking with his treating provider to ensure he receives adequate services, compliance, and is not a risk to himself or others? If so, we can do that promptly and direct the client to sign the release we prepare.

Thank you so much!
[Quoted text hidden]
--

Sincerely,


**Parisa Sadrnia**

Attorney and Counselor at Law

Lewis & Dickstein, P.L.L.C.

3000 Town Center, Suite 1330

Office: 248.263.6800 | Fax: 248.357.1371